UNITED STATES of America, Plaintiff–Appellee,

v.

Numberous Leviticus JOHNSON, Defendant–Appellant.

No. 02–50566.

D.C. No. CR–02–00158–JSL.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2003.*

Decided Sept. 3, 2003.

Ronald L. Cheng, Esq., Jason De Bretteville, Esq., Erik M. Silber, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kathryn A. Young, Esq., Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM **

Numberous Leviticus Johnson appeals his guilty-plea conviction and forty-one month sentence for attempted robbery of a postal letter carrier, in violation of 18 U.S.C. § 2114(a).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Johnson has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Johnson has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.